**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-70492-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Justin P. Schilling
225 E. Crawford Street
Ebensburg PA 15931

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/07/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Pacific Union Financial, LLC, 1603 LBJ Freeway, Farmers Branch, TX 75234 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9741 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/10/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Justin P. Schilling  
    Debtor

Case No. 18-70492-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7    User: dkam    Page 1 of 1    Date Rcvd: Apr 08, 2019
                            Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14905839    +E-mail/Text: bankruptcy@loanpacific.com Apr 09 2019 02:37:15    Pacific Union Financial, LLC, 1603 LBJ Freeway,    Farmers Branch, TX 75234-6071
                                  TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2019 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
        Lisa Cancanon    on behalf of Creditor    USAA Federal Savings Bank lisac@w-legal.com
        Martin A. Mooney    on behalf of Creditor    ACAR Leasing LTD dba GM Financial Leasing ahight@schillerknapp.com, kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
        Matthew Christian Waldt    on behalf of Creditor    Pacific Union Financial, LLC mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Theresa C Homady    on behalf of Debtor Justin P. Schilling thomady1@msn.com, homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
                                      TOTAL: 7