IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-70492-JAD |
| JUSTIN P. SCHILLING | : | Chapter 13 |
| | : | Document No. |
| Pacific Union Financial, LLC | : | Related to |
|    Movant | : | Document No. |
| | : | |
| v. | : | Claim No. 3 |
| | : | |
| Justin P. Schilling | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esq. (Trustee) | : | |
|    Resondents | : | |

## **DECLARATION OF ATTORNEY**

I, Theresa C. Homady, Esquire, counsel for the above captioned Debtor, hereby declare that I have reviewed the **Mortgage Analysis for Payment Change** filed by Pacific Union Financial, LLC at Document No. ___, for Claim No. 3, in this case and hereby declare that to the best of my knowledge, information and belief, the existing Chapter 13 Plan is sufficient to fund the Plan, as the mortgage is being paid by the non-filing spouse/debtor outside of the bankruptcy plan for this case.

Dated:     December 11, 2020        /s/ Theresa C. Homady
Theresa C. Homady, Esquire
104 S. Center Street, Ste 212
Ebensburg, PA 15931
(814) 696-4020
thomady1@msn.com
PA Supreme Court ID No. 47042