# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Justin P. Schilling<br>　　　　　　　　　　Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　　　　　Movant<br>vs.<br><br>Justin P. Schilling<br>Alison L. Schilling<br><br>Ronda J. Winnecour, Trustee<br>　　　　　　　　　　Respondents | BK NO. 18-70492 JAD<br><br>Chapter 13<br><br>Related to Doc. No. 50 and 53 |

## NOTICE OF WITHDRAWAL OF
## MOTION FOR RELIEF FROM STAY

The Motion for Relief from Stay is hereby WITHDRAWN. Therefore the hearing scheduled for June 9, 2021 at 10:00 a.m. may be cancelled.

Dated: 5/19/2021

/s/ Maria D. Miksich, Esq.
Maria D. Miksich, Esq. (Atty ID: 319383)
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA
215-627-1322
mmiksich@kmllawgroup.com

FILED
5/20/21 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

5/20/2021

SO ORDERED.

_____ sjk
Jeffery A. Deller, U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70492-JAD |
| Justin P. Schilling | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: dkam | Page 1 of 2 |
| Date Rcvd: May 20, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2021:**

**Recip ID        Recipient Name and Address**
db                 + Justin P. Schilling, 225 E. Crawford Street, Ebensburg, PA 15931-1409

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2021         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Pacific Union Financial  LLC bnicholas@kmllawgroup.com |
| Lisa Cancanon | on behalf of Creditor USAA Federal Savings Bank lisac@w-legal.com  Llombardi06@law.du.edu |
| Maria Miksich | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com |
| Martin A. Mooney | on behalf of Creditor ACAR Leasing LTD dba GM Financial Leasing kcollins@schillerknapp.com lgadomski@schillerknapp.com |
| Matthew Christian Waldt | on behalf of Creditor Pacific Union Financial  LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: dkam | Page 2 of 2 |
| Date Rcvd: May 20, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Theresa C Homady
    on behalf of Debtor Justin P. Schilling thomady1@msn.com
    homadylaw@gmail.com;bkchomady@outlook.com;9893@notices.nextchapterbk.com

TOTAL: 9