IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Justin P. Schilling | : | Bankruptcy No. 18-70492-JAD |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Claim No. 2-1 |
| Movant | : | |
| USAA Federal Savings Bank | : | |
| v. | : | |
| No Respondent | : | |

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:  USAA Federal Savings Bank

    Incorrect Address:  C/O Weinstein & Riley, PS
                    2001 Western Ave,
                    Suite 400
                    Seattle, WA 98121

Corrected Address:

    Creditor Name:  USAA Federal Savings Bank

    Correct Address: (Notices) Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                  10700 Abbott's Bridge Road, Suite 170
                  Duluth, GA  30097
                  Phone: 470-321-7112

                  (Payments) Consumer Payment Processing
                  Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                PO Box 272310
                Boca Raton, FL  33427

Phone: 561-241-6901
Dated: November 18, 2021

                                              **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                                              Attorney for Secured Creditor
                                              10700 Abbott's Bridge Rd., Suite 170
                                              Duluth, GA  30097
                                              Telephone: (470) 321-7112
                                              By: /s/ Charles G. Wohlrab
                                              Charles G. Wohlrab, Esquire
                                              PA Bar Number:  314532
                                              Email: cwohlrab@raslg.com

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 19, 2021, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Justin P. Schilling
225 E. Crawford Street
Ebensburg, PA 15931

And via electronic mail to:

Theresa C Homady
Homady & Corcoran, LLC
104 S. Center St.
Suite 212
Ebensburg, PA 15931

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/Tan-Asia D. Council