IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-70492-JAD |
| Justin P. Schilling | : | |
|     Debtor(s) | : | |
| | : | Chapter 13 |
| Justin P. Schilling | : | |
|     Movant | : | |
| | : | |
|     v. | : | Document No. |
| | : | |
| No Respondents | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

    The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On August 17, 2018, at docket number 23, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by the Undersigned Counsel, who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: July 1, 2022      By:     /s/ Theresa C. Homady_____
                                                                        Theresa C. Homady, Esquire
                                                                        104 S. Center Street, Suite 212
                                                                        Ebensburg, PA 15931
                                                                        thomady1@msn.com
                                                                        (814) 696-4020
                                                                        PA Supreme Court ID # 47042

**PAWB Local Form 24 (07/13)**