Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Justin P. Schilling**
  Debtor(s)

Bankruptcy Case No.: 18−70492−JAD

Chapter: 13
Docket No.: 62 − 61

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 28th of July, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/19/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/28/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/19/22.**

                                              Jeffery A. Deller
                                              United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70492-JAD |
| Justin P. Schilling | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 28, 2022 | Form ID: 408 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin P. Schilling, 225 E. Crawford Street, Ebensburg, PA 15931-1409 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 14878063 | + | Alison L. Schilling, 225 E. Crawford Street, Ebensburg, PA 15931-1409 |
| 14878064 | + | Allison Schilling, 225 E. Crawford Street, Ebensburg, PA 15931-1409 |
| 14878068 | | GM Financial Leasing, 75 Remittance Drive, Ste. 1738, Chicago, IL 60675-1738 |
| 14878073 | | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14913791 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 28 2022 23:30:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14878065 | | Email/Text: bnc@alltran.com | Jul 28 2022 23:30:00 | Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 14878067 | | Email/Text: bankruptcy@bbandt.com | Jul 28 2022 23:30:00 | BB&T Bank, Bankruptcy Processing, PO Box 1847, Wilson, NC 27894 |
| 14878066 | | Email/Text: bankruptcy@bbandt.com | Jul 28 2022 23:30:00 | BB&T Bank, PO Box 580048, Charlotte, NC 28258-0048 |
| 14881823 | + | Email/Text: bankruptcy@bbandt.com | Jul 28 2022 23:30:00 | BB&T, Bankruptcy Section, 100-50-01-51, P.O. box 1847, Wilson, NC 27894-1847 |
| 15028982 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 28 2022 23:30:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14915094 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 28 2022 23:29:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14878072 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 28 2022 23:30:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 14905839 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 28 2022 23:30:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Farmers Branch, TX 75234-6071 |
| 14882181 | + | Email/Text: RASEBN@raslg.com | Jul 28 2022 23:29:00 | USAA Federal Savings Bank, Robertson Anschutz Schneid Crane & Partn, 10700 Abbott's Bridge Road, Ste. 170, Duluth, GA 30097-8461 |
| 14878074 | + | Email/Text: bkelectronicnotices@usaa.com | Jul 28 2022 23:29:00 | USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 14878075 | + | Email/Text: ebn@vantagesourcing.com | Jul 28 2022 23:30:00 | Vantage Sourcing, 4930 West State Hwy 52, Ste 1, Taylor, AL 36305-9102 |
| 14912242 | | Email/PDF: ebn_ais@aisinfo.com | Jul 28 2022 23:39:49 | Verizon, by American InfoSource as agent, PO |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 3 |
| Date Rcvd: Jul 28, 2022 | Form ID: 408 | Total Noticed: 20 |

| Recip ID | | Name and Address |
|---|---|---|
| 14878076 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 28 2022 23:29:00 | Box 248838, Oklahoma City, OK 73124-8838 Verizon Wireless Bankruptcy Admin., 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ACAR Leasing LTD dba GM Financial Leasing |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Pacific Union Financial, LLC |
| 14878069 | ##+ | Homady & Corcoran, LLC, 317 Union Street, Ste. 105, Hollidaysburg, PA 16648-2097 |
| 14878070 | ##+ | Joanne Byich, 1148 Second Street, Nanty Glo, PA 15943-1132 |
| 14878071 | ##+ | North Shore Agency, 270 Spagnoli Road, Ste 110, Melville, NY 11747-3515 |

TOTAL: 3 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Pacific Union Financial  LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com |
| Lisa Cancanon | on behalf of Creditor USAA Federal Savings Bank lisac@w-legal.com Llombardi06@law.du.edu |
| Maria Miksich | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com |
| Martin A. Mooney | on behalf of Creditor ACAR Leasing LTD dba GM Financial Leasing Martin.Mooney@ag.ny.gov lgadomski@schillerknapp.com |
| Matthew Christian Waldt | on behalf of Creditor Pacific Union Financial  LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Theresa C Homady | |

on behalf of Debtor Justin P. Schilling thomady1@msn.com  homadylaw@gmail.com;HomadyCorcoranLLC@jubileebk.net

TOTAL: 10