## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JUSTIN P. SCHILLING

          Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
          Movant
      vs.
No Respondents.

Case No.:18-70492 JAD

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 26, 2022

/s/   Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 07/09/2018  and confirmed on 8/24/18 .  The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 40,131.13 |
| Less Refunds to Debtor | 3,735.32 | |
| TOTAL AMOUNT OF PLAN FUND | | 36,395.81 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,900.00 | |
| Trustee Fee | 1,779.11 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,679.11 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BRANCH BANKING&TRUST CO/BB&T(*) <br> Acct: 6911 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC D/B/A MR ( <br> Acct: 7897 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***N O N E*** | | | |
| **Priority** | | | | |
| THERESA C HOMADY ESQ* <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JUSTIN P. SCHILLING <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JUSTIN P. SCHILLING <br> Acct: | 3,735.32 | 3,735.32 | 0.00 | 0.00 |
| HOMADY LAW <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THERESA C HOMADY ESQ* <br> Acct: | 2,900.00 | 2,900.00 | 0.00 | 0.00 |
| JOANNE BYICH <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ACAR LEASING LTD D/B/A GM FINANCIAL <br> Acct: 7371 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL <br> Acct: 7371 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA <br> Acct: 6689 | 20,225.13 | 20,225.13 | 0.00 | 20,225.13 |
| USAA FEDERAL SAVINGS BANK <br> Acct: 2051 | 0.00 | 0.00 | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK <br> Acct: 2272 | 11,328.50 | 11,328.50 | 0.00 | 11,328.50 |
| VERIZON BY AMERICAN INFOSOURCE LP <br> Acct: 0001 | 163.07 | 163.07 | 0.00 | 163.07 |
| WEINSTEIN & RILEY PS | 0.00 | 0.00 | 0.00 | 0.00 |

18-70492 JAD

Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: | | | | |
| ALLISON SCHILLING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLTRAN FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NORTH SHORE AGENCY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | 31,716.70 |

TOTAL PAID TO CREDITORS                                             31,716.70

TOTAL CLAIMED
PRIORITY              0.00
SECURED              0.00
UNSECURED        31,716.70

Date: 07/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JUSTIN P. SCHILLING

          Debtor(s)

    Ronda J. Winnecour
          Movant
         vs.
    No Repondents.

Case No.:18-70492 JAD

Chapter 13

Document No.:

**ORDER OF COURT**

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:

Case No. 18-70492-JAD

Justin P. Schilling

Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin P. Schilling, 225 E. Crawford Street, Ebensburg, PA 15931-1409 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 14878063 | + | Alison L. Schilling, 225 E. Crawford Street, Ebensburg, PA 15931-1409 |
| 14878064 | + | Allison Schilling, 225 E. Crawford Street, Ebensburg, PA 15931-1409 |
| 14878068 | | GM Financial Leasing, 75 Remittance Drive, Ste. 1738, Chicago, IL 60675-1738 |
| 14878073 | | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14913791 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 28 2022 23:30:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14878065 | | Email/Text: bnc@alltran.com | Jul 28 2022 23:30:00 | Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 14878067 | | Email/Text: bankruptcy@bbandt.com | Jul 28 2022 23:30:00 | BB&T Bank, Bankruptcy Processing, PO Box 1847, Wilson, NC 27894 |
| 14878066 | | Email/Text: bankruptcy@bbandt.com | Jul 28 2022 23:30:00 | BB&T Bank, PO Box 580048, Charlotte, NC 28258-0048 |
| 14881823 | + | Email/Text: bankruptcy@bbandt.com | Jul 28 2022 23:30:00 | BB&T, Bankruptcy Section, 100-50-01-51, P.O. box 1847, Wilson, NC 27894-1847 |
| 15028982 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 28 2022 23:30:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14915094 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 28 2022 23:29:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14878072 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 28 2022 23:30:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 14905839 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 28 2022 23:30:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Farmers Branch, TX 75234-6071 |
| 14882181 | + | Email/Text: RASEBN@raslg.com | Jul 28 2022 23:29:00 | USAA Federal Savings Bank, Robertson Anschutz Schneid Crane & Partn, 10700 Abbott's Bridge Road, Ste. 170, Duluth, GA 30097-8461 |
| 14878074 | + | Email/Text: bkelectronicnotices@usaa.com | Jul 28 2022 23:29:00 | USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 14878075 | + | Email/Text: ebn@vantagesourcing.com | Jul 28 2022 23:30:00 | Vantage Sourcing, 4930 West State Hwy 52, Ste 1, Taylor, AL 36305-9102 |
| 14912242 | | Email/PDF: ebn_ais@aisinfo.com | Jul 28 2022 23:39:47 | Verizon, by American InfoSource as agent, PO |

District/off: 0315-7                                    User: auto                                          Page 2 of 3
Date Rcvd: Jul 28, 2022                            Form ID: pdf900                              Total Noticed: 20

|  |  |  | Box 248838, Oklahoma City, OK 73124-8838 |
| --- | --- | --- | --- |
| 14878076 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Jul 28 2022 23:29:00 | Verizon Wireless Bankruptcy Admin., 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | ACAR Leasing LTD dba GM Financial Leasing |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Pacific Union Financial, LLC |
| 14878069 | ##+ | Homady & Corcoran, LLC, 317 Union Street, Ste. 105, Hollidaysburg, PA 16648-2097 |
| 14878070 | ##+ | Joanne Byich, 1148 Second Street, Nanty Glo, PA 15943-1132 |
| 14878071 | ##+ | North Shore Agency, 270 Spagnoli Road, Ste 110, Melville, NY 11747-3515 |

TOTAL: 3 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Pacific Union Financial  LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com |
| Lisa Cancanon | on behalf of Creditor USAA Federal Savings Bank lisac@w-legal.com  Llombardi06@law.du.edu |
| Maria Miksich | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com |
| Martin A. Mooney | on behalf of Creditor ACAR Leasing LTD dba GM Financial Leasing Martin.Mooney@ag.ny.gov  lgadomski@schillerknapp.com |
| Matthew Christian Waldt | on behalf of Creditor Pacific Union Financial  LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Theresa C Homady | |

District/off: 0315-7                        User: auto                              Page 3 of 3
Date Rcvd: Jul 28, 2022                  Form ID: pdf900                      Total Noticed: 20

on behalf of Debtor Justin P. Schilling thomady1@msn.com  homadylaw@gmail.com;HomadyCorcoranLLC@jubileebk.net

TOTAL: 10