IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
JUSTIN P. SCHILLING

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.: 18-70492 JAD

Chapter 13

Document No.: 61

FILED
9/21/22 2:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this  21st  day of  September , 20 22 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

jsf

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Justin P. Schilling  
Debtor

Case No. 18-70492-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 21, 2022 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin P. Schilling, 225 E. Crawford Street, Ebensburg, PA 15931-1409 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 14878063 | + | Alison L. Schilling, 225 E. Crawford Street, Ebensburg, PA 15931-1409 |
| 14878064 | + | Allison Schilling, 225 E. Crawford Street, Ebensburg, PA 15931-1409 |
| 14878068 | | GM Financial Leasing, 75 Remittance Drive, Ste. 1738, Chicago, IL 60675-1738 |
| 14878073 | | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14878075 | + | Vantage Sourcing, 4930 West State Hwy 52, Ste 1, Taylor, AL 36305-9102 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14913791 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 21 2022 23:18:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14878065 | | Email/Text: bnc@alltran.com | Sep 21 2022 23:18:00 | Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 14878067 | | Email/Text: bankruptcy@bbandt.com | Sep 21 2022 23:18:00 | BB&T Bank, Bankruptcy Processing, PO Box 1847, Wilson, NC 27894 |
| 14878066 | | Email/Text: bankruptcy@bbandt.com | Sep 21 2022 23:18:00 | BB&T Bank, PO Box 580048, Charlotte, NC 28258-0048 |
| 14881823 | + | Email/Text: bankruptcy@bbandt.com | Sep 21 2022 23:18:00 | BB&T, Bankruptcy Section, 100-50-01-51, P.O. box 1847, Wilson, NC 27894-1847 |
| 15028982 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2022 23:18:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14915094 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 21 2022 23:18:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14878072 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2022 23:18:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 14905839 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2022 23:18:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Farmers Branch, TX 75234-6071 |
| 14882181 | + | Email/Text: RASEBN@raslg.com | Sep 21 2022 23:18:00 | USAA Federal Savings Bank, Robertson Anschutz Schneid Crane & Partn, 10700 Abbott's Bridge Road, Ste. 170, Duluth, GA 30097-8461 |
| 14878074 | + | Email/Text: bkelectronicnotices@usaa.com | Sep 21 2022 23:18:00 | USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 14912242 | | Email/PDF: ebn_ais@aisinfo.com | Sep 21 2022 23:30:45 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14878076 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |

| | Sep 21 2022 23:18:00 | Verizon Wireless Bankruptcy Admin., 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ACAR Leasing LTD dba GM Financial Leasing |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Pacific Union Financial, LLC |
| 14878069 | ##+ | Homady & Corcoran, LLC, 317 Union Street, Ste. 105, Hollidaysburg, PA 16648-2097 |
| 14878070 | ##+ | Joanne Byich, 1148 Second Street, Nanty Glo, PA 15943-1132 |
| 14878071 | ##+ | North Shore Agency, 270 Spagnoli Road, Ste 110, Melville, NY 11747-3515 |

TOTAL: 3 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Pacific Union Financial  LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com |
| Lisa Cancanon | on behalf of Creditor USAA Federal Savings Bank lisac@w-legal.com Llombardi06@law.du.edu |
| Maria Miksich | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com |
| Martin A. Mooney | on behalf of Creditor ACAR Leasing LTD dba GM Financial Leasing Martin.Mooney@ag.ny.gov lgadomski@schillerknapp.com |
| Matthew Christian Waldt | on behalf of Creditor Pacific Union Financial  LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Theresa C Homady | on behalf of Debtor Justin P. Schilling thomady1@msn.com homadylaw@gmail.com;HomadyCorcoranLLC@jubileebk.net |

District/off: 0315-7　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Sep 21, 2022　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　Total Noticed: 20
TOTAL: 10